1  MICHAEL J. KENNEDY. ESQ.
   Law Offices of Michael Jerome Kennedy, PLLC
2  Nevada State Bar #10103; Co. #17868; Ca #193901
   333 Flint Street, Reno, Nevada 89501
3  775-221-7100 (office)
   775-233-0914 (mobile)
4  michael@mjkennedylaw.com
   Attorney for Jeff Bowen

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:19-cr-010-MMD-WGC |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE PRETRIAL MOTIONS (NO CHANGE IN TRIAL DATE) |
| | ) | |
| v. | ) | |
| | ) | |
| SAUD A. ALESSA, | ) | (First Request) |
| JACKIE HAYES, | ) | |
| aka Jackie Bassi, and | ) | |
| JEFFREY BOWEN | ) | |
| | | |
| Defendants. | | |

IT IS HEREBY STIPULATED AND AGREED, by and between the following: Nicholas A. Trutanich, United States Attorney, and Sue P. Fahami, Assistant United States Attorney, and Christopher S. Strauss, and Michael C. Landman, Trial Attorneys, Tax Division, Western Criminal Enforcement Section, United States Department of Justice, counsel for the United States of America; Lauren D. Gorman, Jeremy Baron, and Kate Barry, Assistant Federal Public Defenders, counsel for Saud A. Alessa,; Richard A. Molezzo, Esq., counsel for Jackie Hayes; and Michael J. Kennedy, Esq., counsel for Jeffrey Bowen, that the present pretrial motions schedule (ECF No. 52) should be amended as follows:

a) pretrial motions and notices of defenses due on or before **March 27, 2020** (previously March 10, 2020);

b) responses due on or before **April 17, 2020** (previously March 24, 2020); and

c) replies due on or before **April 27, 2020** (previously March 31, 2020).

This stipulation to continue the pretrial motions schedule is made for two reasons.

First, counsel for Mr. Bowen (Mr. Kennedy) began a complex federal RICO and federal murder prosecution of the Vagos Motorcycle Club in Las Vegas before United States District Court Judge Gloria Navarro on July 29, 2019. *See United States v. Palafox*, 2:16-cr-265-GMN-NJK, ECF No. 1756. The trial concluded on February 24, 2020. *Palafox*, ECF No. 2126 (jury verdict). The trial took seven months from start to finish. Mr. Kennedy requires the additional time requested in this stipulation to transition from a seven month jury trial to investigate, draft and finalize pretrial motions for Mr. Bowen, in the exercise of due diligence.

Second, on Sunday, March 1, 2020, Mr. Kennedy most likely aggravated a pre-existing back condition that he has periodically received treatment for since 2013 (tear and bulge at the L5 ). The aggravation resulted in back spasms, and left him unable to walk or move without great discomfort. Mr. Kennedy was seen by his treating physician specialist on March 2, 2020 and received treatment. An MRI will be scheduled to determine if there is a new injury or an exacerbation of the pre-existing condition. Mr. Kennedy has resumed work at this time but requests the additional time up until March 27, 2020 to complete pretrial motions.

Third, neither Mr. Alessa's counsel nor Ms. Hayes counsel nor Government counsel opposes this request to amend the pretrial motions schedule.

The additional time requested for investigation and filing of pretrial motions and notices of defenses **does not impact** the time within which the trial of any offense must commence under the Speedy Trial Act pursuant to Title 18 United States Code Section 3161(h)(7)(A) because the Court has previously excluded time up to and including June 9, 2020 under 18 U.S.C. § 3161(h)(7)(A) & 3161(h)(7)(B)(iv). ECF No. 52.

For these reasons, the parties request that the Court adopt and order the pretrial motions and notices of defense schedule set forth in this stipulation.

DATED: March 5, 2020

Respectfully submitted,

| | |
|---|---|
| */s/ Lauren Gorman* | */s/ Michael C. Landman* |
| Lauren D. Gorman, Esq. | Sue P. Fahami |
| Attorney for Saud A. Alessa (#1) | Assistant United States Attorney |
| | Christopher S. Strauss |
| */s/ Richard A. Molezzo* | Michael C. Landman |
| Richard A. Molezzo | Trial Attorney |
| Attorney for Jackie Hayes (#2) | U.S. Department of Justice |
| | Attorneys for United States |
| */s/ Michael Kennedy* | |
| Michael J. Kennedy, Esq. | |
| Attorney for Jeff Bowen (#3) | |

# **ORDER**

The Court finds that good cause exists to amend its order regarding pretrial motions and notices of defense (see ECF No. 52) as follows:

IT IS ORDERED that pretrial motions and notices of defense shall be due on or before **March 27, 2020**; responses shall be due on or before **April 17, 2020**; and replies shall be due on or before **April 27, 2020**.

IT IS FURTHER ORDERED that the trial currently scheduled for **Tuesday, June 9, 2020 at 9:00 a.m.**, and the calender call currently scheduled **Tuesday, May 26, 2020 at 1:00 p.m.**, remain unchanged.

DATED this 5th day of March, 2020.

_____
UNITED STATES CHIEF DISTRICT JUDGE
MIRANDA DU